No. 04–1339. LEONARDO'S PIZZA BY THE SLICE, INC., ET AL. *v.* WAL-MART STORES, INC., ET AL. C. A. 2d Cir. Certiorari

denied. JUSTICE BREYER took no part in the consideration or decision of this petition. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮